IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ortiz, Reynaldo | Case Number: 07 B 15734 |
|---|---|---|
|  | Ortiz, Rosalinda M | Judge: Goldgar, A. Benjamin |
|  | Printed: 7/15/08 | Filed: 8/30/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: May 6, 2008
Confirmed: December 4, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 9,730.00 |  |
| Secured: |  | 2,982.21 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 170.88 |
| Other Funds: |  | 6,576.91 |
| Totals: | 9,730.00 | 9,730.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Chase Bank | Secured | 0.00 | 0.00 |
| 2. | Chase Automotive Finance | Secured | 2,616.46 | 2,616.46 |
| 3. | Retail Services | Secured | 1,881.00 | 365.75 |
| 4. | Chase Bank | Unsecured | 780.74 | 0.00 |
| 5. | Discover Financial Services | Unsecured | 9,288.56 | 0.00 |
| 6. | Chase Bank | Unsecured | 7,184.60 | 0.00 |
| 7. | American Express | Unsecured | 4,254.50 | 0.00 |
| 8. | Capital One | Unsecured | 559.76 | 0.00 |
| 9. | Chase Automotive Finance | Unsecured | 107.16 | 0.00 |
| 10. | B-Real LLC | Unsecured | 13,380.82 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 14,824.14 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 6,427.60 | 0.00 |
| 13. | B-Real LLC | Unsecured | 660.68 | 0.00 |
| 14. | B-Real LLC | Unsecured | 7,891.56 | 0.00 |
| 15. | B-Real LLC | Unsecured | 2,679.02 | 0.00 |
| 16. | Wells Fargo Financial Illinois Inc | Unsecured | 996.00 | 0.00 |
| 17. | Resurgent Capital Services | Unsecured | 7,160.32 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 188.59 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 4,191.23 | 0.00 |
| 20. | Resurgent Capital Services | Unsecured | 15,099.96 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 187.39 | 0.00 |
| 22. | General Motors Mortgage Corporation | Secured |  | No Claim Filed |
| 23. | HSBC | Unsecured |  | No Claim Filed |
| 24. | GEMB | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Ortiz, Reynaldo<br>Ortiz, Rosalinda M<br>Printed: 7/15/08 | Case Number: 07 B 15734<br>Judge: Goldgar, A. Benjamin<br>Filed: 8/30/07 |

```
                                                _____      _____
                                                $ 100,360.09     $ 2,982.21
```

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 167.25 |
| 6.5% | 3.63 |
| | _____ |
| | $ 170.88 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

